UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TYQUEZ HODGE,<br><br>                      Plaintiff,<br><br>       v.<br><br>NATASHA MARSHALL et al.,<br><br>                      Defendant. | CASE NO. 3:23-cv-05927-DGE<br><br>MINUTE ORDER |

　　　　This matter comes before the Court on United States Magistrate Judge David W. Christel's Report and Recommendation on Plaintiff Tyquez Hodge's motion for leave to proceed in forma pauperis.  (Dkt. No. 3.)  Despite Plaintiff's delay in filing a proposed amended complaint (Dkt. No. 4) in response to the order to show cause (Dkt. No. 2), the Court DECLINES TO ADOPT the Report and Recommendation and REFERS the matter to the Hon. Judge Christel for further review.

　　　　The foregoing Minute Order entered by direction of the HONORABLE DAVID G. ESTUDILLO, United States District Judge.   Dated this 8th day of January 2024.

MINUTE ORDER - 1