UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TYQUEZ HODGE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NATASHA MARSHALL et al.,<br><br>　　　　　　　Defendant. | CASE NO. 3:23-cv-05927-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) |

This matter comes before the Court on the Report and Recommendation of the Honorable David W. Christel, Chief United States Magistrate Judge. (Dkt. No. 6.) Plaintiff filed no objections. Having *de novo* reviewed the Report and Recommendation, the proposed amended complaint (Dkt. No. 4), and the remainder of the record, the Court ORDERS the following:

1. The Report and Recommendation is ADOPTED.

2. Plaintiff's application to proceed in forma pauperis (Dkt. No. 1) is DENIED and the case is DISMISSED without prejudice;

3. The Clerk shall enter JUDGMENT and close this case; and

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) - 1

4.  Copies of this order shall be sent to all parties and Judge Christel.

Dated this 26th day of March 202

_____
David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) - 2